DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM JAMES MCFADDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1748

[February 29, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Walton Hendriks, Judge; L.T. Case No. 562022CT002265A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***